B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Coldwater Creek Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>82-0419266 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>One Coldwater Creek Drive<br>Sandpoint, Idaho<br>ZIP CODE 83864 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Bonner County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [x] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Coldwater Creek Inc. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number:<br>Pending | Date Filed: |
| District:<br>District of Delaware | Relationship:<br>Affiliates | Judge:<br>Same |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Coldwater Creek Inc. |
|---|---|

| | Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X *Pauline K. Morgan*
   Signature of Attorney for Debtor(s)
   Pauline K. Morgan
   Printed Name of Attorney for Debtor(s)
   Young Conaway Stargatt & Taylor, LLP
   Firm Name
   Rodney Square, 1000 North King Street
   Wilmington, DE 19801
   Address
   (302) 571-6600
   Telephone Number
   APRIL 11, 2014
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *James Hayes*
   Signature of Authorized Individual
   John E. Hayes III
   Printed Name of Authorized Individual
   Secretary and General Counsel
   Title of Authorized Individual
   APRIL 11, 2014
   Date

   _____
   Address

X _____

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code:

1.    Coldwater Creek Inc.

2.    Coldwater Creek U.S. Inc.

3.    Aspenwood Advertising, Inc.

4.    Coldwater Creek The Spa Inc.

5.    CWC Rewards Inc.

6.    Coldwater Creek Merchandising & Logistics Inc.

7.    Coldwater Creek Sourcing Inc.

8.    CWC Sourcing LLC

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re  Coldwater Creek Inc._____ ,      )      Case No.  Pending_____

                    Debtor                           )

                                                     )

                                                     )      Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  0-21915_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on  February 1, 2014*_____ .

| | | |
|---|---|---|
| a. Total assets | $ | 278,478,476.29 |
| b. Total debts (including debts listed in 2.c., below) | $ | 361,267,980.14 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 1,000 | 1 |
| e. Number of shares common stock | 30,701,175 | 6,100 |

Comments, if any:

* The total assets and debts listed for Coldwater Creek Inc. is shown on a consolidated basis. The number of shares of common stock is as of April 1, 2014.

3. Brief description of debtor's business:

Coldwater Creek Inc., a Delaware corporation, together with its wholly-owned subsidiaries, headquartered in Sandpoint, Idaho, is a multi-channel specialty retailer of women's apparel, jewelry and accessories.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Golden Gate Private Equity, Inc. - 19.8%; Dennis C. Pence - 18.4%; E. Ann Pence - 14.7%; and Prentice Capital Management, LP - 7.6%.

**EXECUTION VERSION**

### SECRETARY'S CERTIFICATE OF
### THE BOARD OF DIRECTORS OF
### COLDWATER CREEK INC.

### April 9, 2014

The undersigned, hereby certifies that he is the duly elected and acting Secretary of Coldwater Creek Inc., a Delaware corporation (the "**Corporation**"), and that, as such, he is duly authorized to execute and deliver this Secretary's Certificate on behalf of the Corporation.

He hereby further certifies on behalf of the Corporation that attached hereto as Exhibit A is a true, correct and complete copy of resolutions duly and validly adopted by the Board of Directors of the Corporation at a board meeting held on April 9, 2014, evidencing, among other things the authorization of a proposed voluntary petition to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware seeking relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, in which, among other things, the authority to operate as a debtor in possession will be sought. Such resolutions have not been modified, amended or rescinded and remain in full force and effect as of the date hereof.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate on behalf of the Corporation as of the date first set forth above.

COLDWATER CREEK INC.

By: _____
Name: John E. Hayes III
Title:   Secretary

**Exhibit A**

**Resolutions**

RESOLVED, that the Board of Directors (the "**Board**") of Coldwater Creek Inc. (the "**Corporation**") has had the opportunity to consult with management and the advisors of the Corporation and consider fully the strategic alternatives available to the Corporation and the liabilities and liquidity situation of the Corporation, and has determined that it is in the best interests of the Corporation and its stakeholders for the Corporation to commence a chapter 11 case (a "**Case**"; together with the other chapter 11 cases commenced by its affiliates, which cases were authorized by their respective managers or boards of directors on the date hereof, the "**Cases**") to effect an orderly liquidation of its assets and consummate a chapter plan of liquidation by filing a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), in which, among other things, the authority to operate as a debtor in possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that the Chief Operating Officer, General Counsel and each officer of the Corporation be appointed by the Board as an authorized signatory (each, individually, an "**Authorized Signatory**," and, collectively, the "**Authorized Signatories**") in connection with the Case authorized herein; and it is further

RESOLVED, that the Authorized Signatories of the Corporation be, and each of them hereby is, authorized, directed, and empowered in the name and on behalf of the Corporation to execute, acknowledge, deliver, and verify the petition and all other ancillary documents to be filed in the Bankruptcy Court in such form and at such time as the Authorized Signatory executing said petition on behalf of the Corporation shall determine and to take any and all action that they deem necessary or proper to obtain such relief; and it is further

WHEREAS, the Board determined that it is in the best interests of the Corporation and its stakeholders for the Corporation to file the plan of liquidation implementing, among other things, the wind-down of the business of the Corporation and distribution of proceeds among stakeholders, on the terms outlined to the Board on the date hereof (the "**Plan**").

RESOLVED, that the Authorized Signatories of the Corporation be, and each of them hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Corporation, to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all affidavits, declarations, schedules, motions, responses, objections, lists, applications, complaints, pleadings, and other papers, and to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action which they or any one of them deem necessary, proper, or desirable in connection with the Case contemplated hereby, with a view to the successful prosecution of the Case; and it is further

RESOLVED, that the Authorized Signatories of the Corporation be, and each of them hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Corporation to execute, deliver, and perform for and on behalf of the Corporation, as a debtor and debtor in possession, such agreements, instruments, and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the immediately foregoing resolution, containing such provisions, terms, conditions,

covenants, warranties, and representations as may be deemed necessary or appropriate by the Authorized Signatory or Authorized Signatories so acting; and it is further

RESOLVED, that the actions of any Authorized Signatory taken pursuant to these resolutions including the execution, acknowledgement, delivery, and verification of the petition and all ancillary documents, and all other agreements, certificates, instruments, guarantees, notices, and other documents, shall be conclusive evidence of such Authorized Signatory's approval and the necessity or desirability thereof; and it is further

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Shearman & Sterling LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Shearman & Sterling LLP; and it is further

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as co-bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor, LLP; and it is further

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Perella Weinberg Partners LP as investment banker to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Signatories are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Perella Weinberg Partners LP; and it is further

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC as financial advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Alvarez & Marsal North America, LLC; and it is further

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC as notice and claims agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Signatories, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC; and it is further

RESOLVED, that (a) the Corporation will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "**Collateral**"), which is security for the lenders (collectively, the "**Prepetition Secured Lenders**") under (i) the Amended and Restated Senior Secured Credit Agreement, dated as of May 16, 2011, as amended by that certain First Amendment to the Amended and Restated Credit Agreement, dated as of July 9, 2012 (the "**ABL Credit Agreement**"), among Coldwater Creek U.S. Inc. and its affiliates as borrowers thereunder and guarantors thereto, and Wells Fargo Bank, National Association, as administrative agent, collateral agent and swing line lender and (ii) the Term Loan Agreement, dated as of July 9, 2012, among Coldwater Creek U.S. Inc. and its affiliates as borrowers thereunder and guarantors thereto and CC Holdings Agency Corp., as administrative agent, collateral agent and lender and (b) in order to use and obtain the benefits of the Collateral, and in accordance with section 363 of the Bankruptcy Code, the Corporation will provide, and the Corporation shall be, and it hereby is, authorized to provide certain "adequate protection" to the Prepetition Secured Lenders, as documented in an order submitted for approval to the Bankruptcy Court and presented to the Board on the date hereof; and it is further

RESOLVED, that the Corporation, as a debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into a senior secured superpriority debtor in possession credit agreement in an aggregate amount not to exceed $75 million, including a roll-up of the prepetition obligations under the ABL Credit Agreement, on substantially similar terms disclosed to to the Board on the date hereof, and any associated documents (collectively, the "**DIP Loan Documents**"), and consummate the transactions contemplated therein (collectively, the "**Financing Transactions**"), with Wells Fargo Bank, National Association (the "DIP Agent") and other such lenders and on such terms as may be approved by any one or more of the Authorized Signatories, as may be necessary or convenient to the successful prosecution of the Case; and (b) pay related fees and grant or ratify security interests in and liens upon some, all, or substantially all, of the Corporation's assets in each case as may be deemed necessary or desirable by any one or more of the Authorized Signatories in connection with the Financing Transactions; and it is further

RESOLVED, that each and every officer, including the Authorized Signatories, of the Corporation be, and each of them hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Corporation to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Corporation or otherwise, any and all such other documents, agreements, certificates, writings, instruments, and promissory notes to be delivered in connection with the DIP Loan Documents (including, without limitation, any amendments, supplements, or modifications to the DIP Loan Documents

3

and such other documents, agreements, certificates, writings, and instruments to be delivered in connection therewith), and to grant or to ratify the security interests in or liens on any real or personal property of the Corporation now or hereafter acquired as contemplated by the DIP Loan Documents with full authority to endorse, assign, or guarantee any of the foregoing in the name of the Corporation, in each case, as any such officer may deem necessary or advisable to carry out the intents and purposes of the immediately foregoing resolution, his or her execution and delivery thereof to be conclusive evidence that he or she deems it necessary or advisable, and of his or her authority to so act, and of his or her approval thereof; and it is further

RESOLVED, that each and every officer, including the Authorized Signatories, of the Corporation be, and each of them hereby is, authorized, directed, and empowered in the name and on behalf of the Corporation to authorize the DIP Agent to file any financing statements, including Uniform Commercial Code financing statements, United States Patent and Trademark Office and United States Copyright Office recordings, and any other documents in connection therewith that the DIP Agent deems necessary or convenient to perfect any lien or security interest granted under the DIP Loan Documents, including any such Uniform Commercial Code financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired", and other similar descriptions of like import, as appropriate, and to execute, deliver, and record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Corporation and such other filings in respect of intellectual and other property of the Corporation, in each case as the DIP Agent may reasonably request to perfect the security interests of the DIP Agent; and it is further

RESOLVED, that all acts and actions taken by the Authorized Signatories prior to the date hereof with respect to the transactions contemplated by the DIP Loan Documents be, and hereby are, in all respects confirmed, approved and ratified; and it is further

RESOLVED, that the Authorized Signatories be, and each of them, acting alone hereby is, authorized, empowered, and directed to take any and all actions to (a) initiate a chainwide "going out of business" sale process and store closure process, including the retention of a liquidator to act as agent of the Corporation in the conduct of sales and enter into an agency or similar agreement to effectuate such processes, all as outlined to the Board on the date hereof; (b)  pay in full the obligations due and owing to the DIP Agent on the terms set forth in the DIP Loan Documents and any related orders of the Bankruptcy Court; (c) file the Plan and all related documents; and (d) enter into a plan support agreement with the Prepetition Secured Lenders; and it is further

RESOLVED, that the Authorized Signatories be, and each of them, acting alone hereby is, authorized, empowered, and directed to take any and all actions in the name of and on behalf of the Corporation to execute and file with the applicable Securities and Exchange Commission (the "**SEC**") or NASDAQ rules and regulations, and in connection therewith, to execute and file all requisite papers and documents, including, but not limited to, current reports on Form 8-K and any other SEC or NASDAQ filings the Authorized Signatories of such papers and documents or the doing by them of any act in connection with the Cases; and it is further

RESOLVED, that the Authorized Signatories be, and each of them, acting alone hereby is, authorized, empowered, and directed to take any and all actions in the name of and on

4

behalf of the Corporation to comply with all other applicable requirements and regulations of federal, state, local and foreign administrative or governmental agencies in each jurisdiction where the Corporation or any of its subsidiaries conducts any business or owns any property or assets, the Authorized Signatories of the Corporation are authorized and directed to prepare or cause to be prepared with the assistance of counsel, execute and file or cause to be filed, in the name and on behalf of the Corporation, all registrations, reports, statements, documents and information required to be filed by the Corporation with any administrative or governmental agency or agencies as may, in their judgment, be required in connection with the transactions contemplated by the Cases; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Signatories or any other officers of the Corporation to seek relief under the Bankruptcy Code or that were consistent with the purposes and intents of the foregoing resolutions be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories of the Corporation, each of the Authorized Signatories be, and each of them hereby is, with full authority to act without the others, authorized and directed, in the name and on behalf of the Corporation, to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments, and documents in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intents and purposes of any and all of the foregoing resolutions.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
:
In re:                                           :      **Chapter 11**
:
**COLDWATER CREEK INC., *et al.*,**[1]           :      **Case No. 14 – _____ (____)**
:
                **Debtor.**      :      **(Joint Administration Requested)**
:
:
-----------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

         Coldwater Creek Inc., on behalf of itself and its affiliated debtors and debtors in possession (the "**Debtors**") filed a petition in the Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**").

         The following is a list of the Debtors' creditors holding the 30 largest unsecured claims on a consolidated basis, as of April 8, 2014 unless otherwise indicated.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d).  This list does not include (i) persons who come within the definition of an "insider" set forth in section 101(31) of the Bankruptcy Code, or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims against the Debtors, on a consolidated basis.

---

[1]   The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are:  Coldwater Creek Inc. (9266), Coldwater Creek U.S. Inc. (8831), Aspenwood Advertising, Inc. (7427), Coldwater Creek The Spa Inc. (7592), CWC Rewards Inc. (5382), Coldwater Creek Merchandising & Logistics Inc. (3904), and Coldwater Creek Sourcing Inc. (8530).  Debtor CWC Sourcing LLC has the following Idaho organizational identification number:  W38677.  The Debtors' corporate headquarters is located at One Coldwater Creek Drive, Sandpoint, Idaho  83864.

| | Creditor Name and Address | Name of Employee, Agent, or Department of Creditor familiar with claim, Phone, Address (If different) | Nature of Claim | Contingent, Unliquidated, Disputed, or subject to setoff | Approximate Amount of Claim (if secured value of security indicated) |
|---|---|---|---|---|---|
| 1. | Comenity Bank One Righter Parkway Suite 100 Wilmington, DE 19803 | John J. Coane – President Phone: 614-729-4000 Fax: 614-755-3175 | Contract Claim | Contingent, Unliquidated | |
| 2. | Groupon 600 West Chicago Ave. Suite 620 Chicago, IL 60654 | Attn: Eric Lefkofsky – Chief Executive Officer Phone: 312-676-5773 Fax: 312-276-3231 Email: support@groupon.com | Contract Claim | Contingent, Unliquidated | |
| 3. | FTN Co Ltd ENC 12th Floor, ENC Venture Dream Tower 6-Cha 183-251 Guro 3-Dong Guro-Gu Seoul, 152-719 Korea | Lee In Gyon – Chief Executive Officer Phone: 82-2-550-2800 Fax: 82-2-550-2841 | Trade Debt | | $6,140,440 |
| 4. | Charter Ventures Limited 30-32 Kung Yip Street Hong Kong, Hong Kong | Irene Chan – General Manager Phone: 852-2-2110337 Fax: 852-2-4226399 | Trade Debt | | $5,663,238 |
| 5. | Orient Craft Ltd F-8, Okhla Industrial Area, Phase I New Delhi, 110020 India | Mr. Sudhir Dhingra – Chairman and Managing Director Phone: 91-11-834-2042 Fax: 91-11-34-1110 | Trade Debt | | $2,590,982 |
| 6. | Chinamine Trading Limited No 1 Hung To Road Floor 28, Suite 2802-2809- Kwun Tong, 890920 Hong Kong | Bu Ziming – Managing Director Phone: 852-2357-0966 Fax: 852-2304-0662 | Trade Debt | | $2,390,577 |
| 7. | Thyme c/o The Apparel Group Ltd. 883 Trinity Drive Lewisville, TX 75056 | John Liu – Chief Executive Officer Phone: 214-469-3300 Fax: 212-328-1281 | Trade Debt | | $2,214,113 |
| 8. | Concept Creator Fashion Limited 27 F & 28F Futura Plaza 111-113 How Ming Street Kwun Tong, Hong Kong | Peter T. Chung – Director Phone: 852-2950-9788 Fax: 852-2790-6802 | Trade Debt | | $2,211,109 |

| | Creditor Name and Address | Name of Employee, Agent, or Department of Creditor familiar with claim, Phone, Address (If different) | Nature of Claim | Contingent, Unliquidated, Disputed, or subject to setoff | Approximate Amount of Claim (if secured value of security indicated) |
|---|---|---|---|---|---|
| 9. | Gary Hong Kong Limited 31 Tai Yau Street Kowloon, Hong Kong | Attn: Elaine Chan Phone: 852-23265202 Fax: 852-23523379 Email: elaine@hnml.com.hk | Trade Debt | | $1,921,114 |
| 10. | Matrix Clothing Pvt Ltd Khandsa Road Village Mohammadpur Gurgaon, 122001 India | Mr. Gautam Nair – Managing Director Phone: 91-124-4510500 Fax: 91-124-4510660 | Trade Debt | | $1,676,352 |
| 11. | GTL Asia Limited No 658 Jin Zhong Road Building No.3 Chang Ning District Shanghai, 200335 China | Jason Wang Phone: 212-302-1418 Fax: 212-302-1412 | Trade Debt | | $1,470,652 |
| 12. | INT Trading SA Calzada Roosevelt Oficina 17 C/D Torre Luna Edificio Tikal Futura 22-43 Zona 11 Guatemala City, 1011 Guatemala | Dae Young Kim – General Manager Phone: 502-22002600 Fax: 502-24403524 | Trade Debt | | $1,377,296 |
| 13. | Quad / Graphics Inc. International Headquarters N61 W23044 Harry's Way Sussex, WI 53089 | Attn: Legal Department Bankruptcy Notices Phone: 888-782-3226 Fax: 414-566-4650 Email: qgraphics@qg.com | Trade Debt | | $1,315,260 |
| 14. | Esquel Enterprises Limited 12/F Harbour Centre 25 Harbour Road Wanchai, Hong Kong | Lee Koon Lam – Global Sales Managing Director Phone: 852-2811-8077 Fax: 852-2960-6988 | Trade Debt | | $1,296,297 |
| 15. | Lee and Co Ltd Dowon Building 903-21 Daechi-Dong, Kangnam-Gu Seoul, 135-280 Korea | Lee Doo Hyeong Phone: 82-02-559-3700 Fax: 82-02-588-4231 | Trade Debt | | $1,286,254 |
| 16. | United Parcel Service 55 Glenlake Parkway NE Atlanta, GA 30328 | Attn: Legal Department Bankruptcy Notices Phone: 800-742-5877 Fax: 404-828-6777 | Trade Debt | | $1,220,237 |

| | Creditor Name and Address | Name of Employee, Agent, or Department of Creditor familiar with claim, Phone, Address (If different) | Nature of Claim | Contingent, Unliquidated, Disputed, or subject to setoff | Approximate Amount of Claim (if secured value of security indicated) |
|---|---|---|---|---|---|
| 17. | Pedone & Partners's Inc 49 W. 27th Street New York, NY 10001 | Michael Pedone Phone: 212-627-3300 Fax: 212-627-3966 | Trade Debt | | $1,132,547 |
| 18. | Bureau Of Customs 1300 Pennsylvania Avenue N.W. Washington, DC 20229 | R. Gil Kerlikowske – Commissioner Phone: 632-527-4237 Fax: 632-527-4537 Email: boc.commissioner@ customs.gov.ph; boc.sitp@customs.gov.ph | Trade Debt | | $936,247 |
| 19. | Delta Global Sourcing Ltd 3/F Fook Cheong Building 63 Hoi Yuen Road Kwun Tong, Hong Kong | Chiu Lai Man – Director Phone: 852-21526000 Fax: 852-21511155 | Trade Debt | | $908,315 |
| 20. | A T Clayton & Co., Inc. 300 Atlantic Street 7th Floor Stamford, CT 06901 | Attn: Legal Department Bankruptcy Notices Phone: 203-658-1200 Fax: 203-658-1201 | Trade Debt | | $886,039 |
| 21. | Hop Shing Knitting Fact Co Ltd 2/F High Win, Flat G Factory Building 47 Hoi Yuen Road Kwun Tong Kowloon, Hong Kong | Hansong Wang – Director Phone: 852-23255998 Fax: 852-23255332 | Trade Debt | | $866,906 |
| 22. | Fansky Industries Limited 118 Connaught Road West RM2801, 28/F, Yat Chau Int'l Plaza Sai Ying Pun Hong Kong, Hong Kong | Chong Ngai – Managing Director Phone: 852-25597789 Fax: 852-28580335 | Trade Debt | | $852,651 |
| 23. | Intimark S.A. de C.V. Lote 13,14,15 S/N Conjunto Ixtlahuaca, 50740 Mexico | Dennis Rockwell – Sales Director Phone: 52-712-1229999 Fax: 52-712-2831042 | Trade Debt | | $784,288 |
| 24. | Poong In Trading Co Ltd 775 Gyeongin-Ro Seoul, 150-972 Korea | Attn: President, General Counsel Phone: 82-2-6309-4120 Fax: 82-2-549-8310 | Trade Debt | | $724,746 |

| | Creditor Name and Address | Name of Employee, Agent, or Department of Creditor familiar with claim, Phone, Address (If different) | Nature of Claim | Contingent, Unliquidated, Disputed, or subject to setoff | Approximate Amount of Claim (if secured value of security indicated) |
|---|---|---|---|---|---|
| 25. | Kibble and Prentice Holding CL<br>Two Union Square<br>601 Union St Ste 1000<br>Seattle, WA  98101 | Attn:  Legal Department<br>Bankruptcy Notices<br>Phone:  206-441-6300<br>Fax:  206-441-6312<br>Email: info@kpcom.com | Insurance Premium | | $720,630 |
| 26. | Yee Tung Garment Co Ltd<br>3-7/F Chiap Luen Ind Bldg<br>Kwai Chung<br>Hong Kong | Attn:  Legal Department<br>Bankruptcy Notices<br>Phone:  852-2211- 0100<br>Fax:  852-2480-5358<br>Email:  info@yeetung.com | Trade Debt | | $714,527 |
| 27. | GG International Manufacturing<br>192, Jangchungdan-Ro<br>Seoul,  100-391<br>Korea | Junho Kim<br>Phone:  82-02-338-4706<br>Fax:  82-02-718-4706 | Trade Debt | | $633,575 |
| 28. | Blossom Wealth Enterprises Ltd<br>Blk 2/F Hoover Ind Bldg<br>Kwai Chung,<br>Hong Kong | William Tang – General Merchandising Manager<br>Phone:  852-24892917<br>Fax:  852-24806568 | Trade Debt | | $616,997 |
| 29. | Gokaldas Images PVT LTD<br>8 West 40th Street, 3rd Floor<br>New York, NY 10018 | Attn: Legal Department –<br>Bankruptcy Notices<br>Phone: 212-730-3950<br>Fax: 212-730-3970<br>Email: giusa@gokaldas.com | Trade Debt | | $556,191 |
| 30. | AUHC Denim Clothing Limited<br>23 Tai Yip Street<br>Hong Kong, Hong Kong | Attn:  Frederick Chua (Director)<br>Phone:  852-21218942<br>Email: fred@auhcdenim.com | Trade Debt | | $533,650 |

## DECLARATION CONCERNING
## THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

Pursuant to 28 U.S.C. § 1746, I, James A. Bell, am an authorized signatory of Coldwater Creek Inc., and declare under penalty of perjury that I have reviewed the foregoing list and that the list is true and correct to the best of my information and belief.

Dated:  April  11 , 2014

Coldwater Creek Inc., on behalf of itself and its affiliated Debtors and Debtors in Possession

By:  _____
Name:    James A. Bell
Title:    Executive Vice President,
        Chief Operating Officer and
        Chief Financial Officer

*[Signature Page – Consolidated List Of Creditors Holding 30 Largest Unsecured Claims]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **COLDWATER CREEK INC.,** *et al.,*[1] | : | |
| | : | **Case No. 14–_____ (____)** |
| **Debtors.** | : | |
| | : | **(Joint Administration Requested)** |
| | : | |

-----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Coldwater Creek Inc. ("**CWC**") on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), respectfully represents as follows:

1.  CWC is the corporate parent of each of the other Debtors in these chapter 11 cases and directly or indirectly owns 100% interest in all of the other Debtors.

2.  CWC's equity securities are publicly held. No entity directly or indirectly owns 10% or more of the issued and outstanding common stock of CWC.

3.  The Debtors do not (i) directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded or (ii) own an interest in any general or limited partnership or joint venture.

Attached hereto as Exhibit A is an organizational chart reflecting all the ownership interests in each Debtor other than CWC.

---

[1]    The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Coldwater Creek Inc. (9266), Coldwater Creek U.S. Inc. (8831), Aspenwood Advertising, Inc. (7427), Coldwater Creek The Spa Inc. (7592), CWC Rewards Inc. (5382), Coldwater Creek Merchandising & Logistics Inc. (3904) and Coldwater Creek Sourcing Inc. (8530). Debtor CWC Sourcing LLC has the following Idaho organizational identification number: W38677. The Debtors' corporate headquarters is located at One Coldwater Creek Drive, Sandpoint, Idaho 83864.

**EXHIBIT A**

**Capital Structure and Organizational Chart**



Key

☐ Non-debtor

▦ Chapter 11 Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :      Chapter 11
COLDWATER CREEK INC., *et al.*,[1]                           :
                                                             :      Case No. 14– _____ (_____)
                    Debtors.                                 :
                                                             :      (Joint Administration Requested)
                                                             :
-------------------------------------------------------------x


## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, John E. Hayes III, the undersigned authorized signatory of Coldwater Creek

Inc. and its affiliated debtors and debtors in possession in the above-captioned cases, declare

under penalty of perjury that I have read the foregoing corporate ownership statement and that it

is true and correct to the best of my information and belief.

Dated: April _11_, 2014

Name: John E. Hayes III
Title:   Senior Vice President,
         General Counsel and Secretary

---

[1]     The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are:  Coldwater Creek Inc. (9266), Coldwater Creek U.S. Inc. (8831), Aspenwood Advertising, Inc. (7427), Coldwater Creek The Spa Inc. (7592), CWC Rewards Inc. (5382), Coldwater Creek Merchandising & Logistics Inc. (3904) and Coldwater Creek Sourcing Inc. (8530).  Debtor CWC Sourcing LLC has the following Idaho organizational identification number:  W38677.  The Debtors' corporate headquarters is located at One Coldwater Creek Drive, Sandpoint, Idaho  83864.