IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
:
:
In re:                              :    Chapter 11
:
COLDWATER CREEK INC., *et al.*,[1]  :    Case No. 14–10867 (BLS)
:
Debtors.                            :    (Jointly Administered)
:
:    Docket Ref. No. 841
---------------------------------------------------------------x

### ORDER EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THERETO PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**")[2] of Coldwater Creek Inc., on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), for entry of an order (this "**Order**") extending the initial exclusive periods for the Debtors to file and solicit acceptances of a chapter 11 plan by an additional 90 days; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Coldwater Creek Inc. (9266), Coldwater Creek U.S. Inc. (8831), Aspenwood Advertising, Inc. (7427), Coldwater Creek The Spa Inc. (7592), CWC Rewards Inc. (5382), Coldwater Creek Merchandising & Logistics Inc. (3904) and Coldwater Creek Sourcing Inc. (8530). Debtor CWC Sourcing LLC has the following Idaho organizational identification number: W38677. The Debtors' corporate headquarters is located at One Coldwater Creek Drive, Sandpoint, Idaho 83864.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

01:15875535.1

and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's exclusive periods for the filing of a chapter 11 plan and solicitation of acceptances thereto is hereby extended through November 10, 2014 and January 6, 2015, respectively, *provided however*, that after September 1, 2014, the Debtors and the Committee shall each have the right to propose and solicit acceptances of a chapter 11 plan.

3. This Order is without prejudice to the right of the Debtors to seek further extensions of exclusivity periods pursuant to section 1121(d) of the Bankruptcy Code.

4. This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms and provisions of this Order.


Dated: Wilmington, Delaware
~~September~~ 28, 2014
August

BRENDAN LINEHAN SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:15875535.1

3