IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CWC LIQUIDATION, INC. (f/k/a | ) | Case No. 14-10867 (BLS) |
| Coldwater Creek Inc.), *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related D.I. No. 1237** |

**ORDER APPROVING SUPPLEMENT TO FINAL FEE APPLICATION OF COZEN
O'CONNOR, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE SUPPLEMENTAL PERIOD OF OCTOBER 29, 2014
THROUGH DECEMBER 31, 2014**

Upon consideration of the Supplement to Final Fee Application of Cozen O'Connor, as

Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and

Reimbursement of Expenses for the Supplemental Period of October 29, 2014 Through

December 31, 2014 (the "Supplement to Final Application"),[1] it appearing to the Court that all of

the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-

1 having been met; the Court having determined that the fees and expenses incurred were

reasonable and necessary and that notice of the Supplement to Final Application was

appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Supplement to Final Application is hereby

APPROVED;

IT IS FURTHER ORDERED that Cozen is allowed compensation in the amount of

$8,471.00 for actual, reasonable, and necessary professional services rendered on behalf of the

Committee during the Supplemental Period; and

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Supplement to Final
Application.

IT IS FURTHER ORDERED that Cozen is allowed reimbursement in the amount of $2,712.58 for actual, reasonable, and necessary expenses incurred during the same period; and

IT IS FURTHER ORDERED that Cozen is allowed an additional amount up to $1,500 as set forth in paragraph 22 of the Supplement to Fee Application, upon the submission of an invoice to the Liquidating Trustee of the CWC Creditors' Liquidating Trust (the "Liquidating Trustee") reasonably describing the services and expenses incurred; and

IT IS FURTHER ORDERED that the Liquidating Trustee is authorized and directed to remit payment as awarded herein to Cozen on account of such fees and expenses within twenty (20) business days of the entry of this Order.

Dated: March 18, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge