# EXHIBIT 2

# Coldwater Creek

PCW 120834

## REVISED PURCHASE ORDER
Order Acknowledgment Required

| Vendor: 100562<br>DELTA GLOBAL SOURCING LTD<br>CO WELLS FARGO TRADE CAPITAL S<br>INC<br>3/F FOOK CHEONG BUILDING<br>63 HOI YUEN ROAD<br>KOWLOON-KWUN TONG<br>Hong Kong<br>Tel: 852-2152-6000 | Ship To: 1515<br>WEST VIRGINIA DC - CWC M & L<br>601 Coldwater Creek Drive<br>MINERAL WELLS WV 26120<br>USA | Purchase Order No: 5100671336<br>Change Version  3<br>Reason  RRZ<br>Create Date  08/06/2013<br>Change Date  09/23/2013<br>Start Ship Date  02/10/2014<br>Due At Frt Forwarder  02/14/2014<br>Cancel Date  03/22/2014 |
|---|---|---|
| Factory: 600956<br>Delta Garment Factory<br>Shantou Co Ltd<br>3-5th Floor, No.2 Yanhe Road<br>Shengping Industrial Estate<br>515041 Shantou-Jin Ping District<br>China<br>Tel: 3-754-8255 0033 | Terms of Payment  Net 45<br>Terms of Delivery  FOB-HONG KONG<br>Ticket Type  See Line-Items For Details<br>Shipping Instructions  OCEAN INTERNATIONAL<br>Terms of Delivery Comments: | CWC Contact Information:<br>PO Management<br>Phone:  208.263.2266<br>Fax:  208.665.8496<br>Email:  po_management@thecreek.com |

REVISED 修訂

**THIS PURCHASE ORDER HAS BEEN CHANGED**
**SEE UNDERLINED HEADER OR LINE-ITEM CONTENTS FOR DETAILS**

| Line Item | CWC Style No.<br>Vendor Style No. | Description<br>Color & Size | Quantity UM | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 10 | 40166960064<br>NA<br>DATE CHANGE | Denim Slim Leg Jean<br>HBW 4 | 150 EA<br>Ticket Type(s): Denim Joker, Long Price Ticket | 12.95 / EA | 1,942.50 |
| 20 | 40166960065<br>NA<br>DATE CHANGE | Denim Slim Leg Jean<br>HBW P6 | 147 EA<br>Ticket Type(s): Denim Joker, Long Price Ticket | 12.95 / EA | 1,903.65 |
| 30 | 40166960066<br>NA<br>DATE CHANGE | Denim Slim Leg Jean<br>HBW 6 | 185 EA<br>Ticket Type(s): Denim Joker, Long Price Ticket | 12.95 / EA | 2,395.75 |
| 40 | 40166960067<br>NA<br>DATE CHANGE | Denim Slim Leg Jean<br>HBW P8 | 157 EA<br>Ticket Type(s): Denim Joker, Long Price Ticket | 12.95 / EA | 2,033.15 |
| 50 | 40166960068<br>NA<br>DATE CHANGE | Denim Slim Leg Jean<br>HBW 8 | 254 EA<br>Ticket Type(s): Denim Joker, Long Price Ticket | 12.95 / EA | 3,289.30 |

PO Number 5100671336 - 3

| Line Item | CWC Style No. Vendor Style No. | Description Color & Size | Quantity | UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 60 | 40166960069 NA DATE CHANGE | Denim Slim Leg Jean HBW P10 Ticket Type(s): Denim Joker, Long Price Ticket | 184 | EA | 12.95 / EA | 2,382.80 |
| 70 | 40166960070 NA DATE CHANGE | Denim Slim Leg Jean HBW 10 Ticket Type(s): Denim Joker, Long Price Ticket | 363 | EA | 12.95 / EA | 4,700.85 |
| 80 | 40166960071 NA DATE CHANGE | Denim Slim Leg Jean HBW P12 Ticket Type(s): Denim Joker, Long Price Ticket | 209 | EA | 12.95 / EA | 2,706.55 |
|  | 40166960072 NA DATE CHANGE | Denim Slim Leg Jean HBW 12 Ticket Type(s): Denim Joker, Long Price Ticket | 382 | EA | 12.95 / EA | 4,946.90 |
| 100 | 40166960073 NA DATE CHANGE | Denim Slim Leg Jean HBW P14 Ticket Type(s): Denim Joker, Long Price Ticket | 160 | EA | 12.95 / EA | 2,072.00 |
| 110 | 40166960074 NA DATE CHANGE | Denim Slim Leg Jean HBW 14 Ticket Type(s): Denim Joker, Long Price Ticket | 322 | EA | 12.95 / EA | 4,169.90 |
| 120 | 40166960075 NA DATE CHANGE | Denim Slim Leg Jean HBW P16 Ticket Type(s): Denim Joker, Long Price Ticket | 88 | EA | 12.95 / EA | 1,139.60 |
| 130 | 40166960076 NA DATE CHANGE | Denim Slim Leg Jean HBW 16 Ticket Type(s): Denim Joker, Long Price Ticket | 271 | EA | 12.95 / EA | 3,509.45 |
| 140 | 40166960077 NA DATE CHANGE | Denim Slim Leg Jean HBW 20 Ticket Type(s): Denim Joker, Long Price Ticket | 79 | EA | 14.63 / EA | 1,155.77 |

PO Number 5100671336 - 3

| Line Item | CWC Style No. Vendor Style No. | Description Color & Size | Quantity | UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 150 | 40166960080 NA DATE CHANGE | Denim Slim Leg Jean HBW 18 Ticket Type(s): Denim Joker, Long Price Ticket | 90 | EA | 14.63 / EA | 1,316.70 |
| 160 | 40166960084 NA DATE CHANGE | Denim Slim Leg Jean LRW 4 Ticket Type(s): Denim Joker, Long Price Ticket | 150 | EA | 12.95 / EA | 1,942.50 |
| 170 | 40166960085 NA DATE CHANGE | Denim Slim Leg Jean LRW P6 Ticket Type(s): Denim Joker, Long Price Ticket | 147 | EA | 12.95 / EA | 1,903.65 |
| 180 | 40166960086 NA DATE CHANGE | Denim Slim Leg Jean LRW 6 Ticket Type(s): Denim Joker, Long Price Ticket | 185 | EA | 12.95 / EA | 2,395.75 |
| 190 | 40166960087 NA DATE CHANGE | Denim Slim Leg Jean LRW P8 Ticket Type(s): Denim Joker, Long Price Ticket | 157 | EA | 12.95 / EA | 2,033.15 |
| 200 | 40166960088 NA DATE CHANGE | Denim Slim Leg Jean LRW 8 Ticket Type(s): Denim Joker, Long Price Ticket | 254 | EA | 12.95 / EA | 3,289.30 |
| 210 | 40166960089 NA DATE CHANGE | Denim Slim Leg Jean LRW P10 Ticket Type(s): Denim Joker, Long Price Ticket | 184 | EA | 12.95 / EA | 2,382.80 |
| 220 | 40166960090 NA DATE CHANGE | Denim Slim Leg Jean LRW 10 Ticket Type(s): Denim Joker, Long Price Ticket | 363 | EA | 12.95 / EA | 4,700.85 |
| 230 | 40166960091 NA DATE CHANGE | Denim Slim Leg Jean LRW P12 Ticket Type(s): Denim Joker, Long Price Ticket | 209 | EA | 12.95 / EA | 2,706.55 |

PO Number  5100671336 - 3

| Line Item | CWC Style No. / Vendor Style No. | Description / Color & Size | Quantity | UM | Unit Price | Extended Price |
|---|---|---|---:|---|---|---:|
| 240 | 40166960092 NA DATE CHANGE | Denim Slim Leg Jean LRW 12 Ticket Type(s): Denim Joker, Long Price Ticket | 382 | EA | 12.95 / EA | 4,946.90 |
| 250 | 40166960093 NA DATE CHANGE | Denim Slim Leg Jean LRW P14 Ticket Type(s): Denim Joker, Long Price Ticket | 160 | EA | 12.95 / EA | 2,072.00 |
| 260 | 40166960094 NA DATE CHANGE | Denim Slim Leg Jean LRW 14 Ticket Type(s): Denim Joker, Long Price Ticket | 322 | EA | 12.95 / EA | 4,169.90 |
| 270 | 40166960095 NA DATE CHANGE | Denim Slim Leg Jean LRW P16 Ticket Type(s): Denim Joker, Long Price Ticket | 88 | EA | 12.95 / EA | 1,139.60 |
| 280 | 40166960096 NA DATE CHANGE | Denim Slim Leg Jean LRW 16 Ticket Type(s): Denim Joker, Long Price Ticket | 271 | EA | 12.95 / EA | 3,509.45 |
| 290 | 40166960097 NA DATE CHANGE | Denim Slim Leg Jean LRW 20 Ticket Type(s): Denim Joker, Long Price Ticket | 66 | EA | 14.63 / EA | 965.58 |
| 300 | 40166960100 NA DATE CHANGE | Denim Slim Leg Jean LRW 18 Ticket Type(s): Denim Joker, Long Price Ticket | 90 | EA | 14.63 / EA | 1,316.70 |
| | | PO Qty Total | 6,069 | | PO Total | 79,139.55 |

PO Number  5100671336 - 3

| Line CWC Style No. | Description | Quantity UM | Unit Price | Extended Price |
|---|---|---|---|---|
| Item Vendor Style No. | Color & Size | | | |

PO Comments: Please sign and fax to 208-665-8496 within 72 hours.

Please Note: Our order acceptance policy has changed.
Notwithstanding anything to the contrary contained elsewhere in the Purchase Order or in any other agreement between Vendor and Coldwater Creek (including, without limitation, Section 1 of Coldwater Creek's preprinted Purchase Order Terms And Conditions, and the applicable provisions of any Master Vendor Agreement), if Vendor does not expressly accept or decline this Purchase Order within seventy-two (72) hours after Vendor's receipt hereof, then Vendor shall be deemed to have accepted and agreed to all terms of this Purchase Order.

Retail Spring Booster Order##Original Due 1/08/2014
Questions? Email: PO_Management@thecreek.com
Late/partial deliveries are subject to chargeback
8/29 Per FB & Sourcing s/s factory changed to 600956. TH ##
9/20 Extend delivery from GAC 12/6 to 2/17, NDC from 1/8 to 3/22 - per CWC request - CMB/mb##
9/23 Move GAC up 3 days for Friday ship per LH - NDC remains the same - mb##

In    To: Coldwater Creek, Attn: Accounts Payable, PO Box 310, Sandpoint, ID 83864.

By its signature below, Vendor acknowledges reading this document in full and agrees to be bound by this Purchase Order and the Terms and Conditions on the last page.

Vendor Acceptance:

Coldwater Creek Inc. or one if its direct or indirect subsidiaries.        By: _____

Electronic transmittal of this Purchase Order to
Vendor indicates our signature.        Date: 25 SEP 2013 _____