# EXHIBIT 3

# HANJIN SHIPPING — BILL OF LADING

Attention : HKG OFFICE.
FROM : BRANCH OFFICE, SHENZHEN   / Momo Wu  TEL :   FAX :

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | (DOCUMENT NO.) | EXPORT DEC |
|---|---|---|---|
| DELTA GLOBAL SOURCING LTD<br>1/F FOOK CHEONG BUILDING, 63 HOI<br>YUEN ROAD, KWON TONG HONG KONG | HKG3G7308500  C/A | 103981037 | Y |
| | EXPORT REFERENCES<br>HKG001045704 | | |

| CONSIGNEE | FORWARDING AGENT REFERENCES |
|---|---|
| COLDWATER CREEK MERCHANDISING &<br>LOGISTICS INC<br>ONE COLDWATER CREEK<br>DRIVE SANDPOINT, ID 83864<br>UNITED STATES | DAMCO A/S C/O APM GLOBAL LOGISTICS<br>(HONG KONG) CO. |

| NOTIFY PARTY | POINT AND COUNTRY OF ORIGIN |
|---|---|
| DAMCO USA INC (NEW YORK)<br>23079 INTERNATIONAL AIRPORT CENTER<br>BLVD STE 210 11413 JAMAICA NY<br>SPRINGFIELD GARDENS UNITED STATES | |
| | ALSO NOTIFY / DOMESTIC ROUTING<br>DAMCO CUSTOMS SERVICES INC<br>23079 INTERNATIONAL AIRPORT CENTER<br>BLVD STE 210 11413 JAMAICA NY<br>SPRINGFIELD GARDENS UNITED STATES<br>718-425-1045 (RICHARD VITALE) |

PLACE OF RECEIPT: HK NG
PRE-CARRIAGE BY:
VESSEL VOY (FLAG): COSCO JAPAN 0032E
PORT OF LOADING: HONGKONG
TYPE OF MOVE:
CONTAINERIZED (Vessel only): V Yes
PORT OF DISCHARGE: LONG BEACH, CA
PLACE OF DELIVERY: COLUMBUS, OH

| CONTAINER NO<br>MARKS & NOS. | SEAL NO | NO OF PKGS<br>OR CONTAINERS | H M | KIND OF PACKAGES DESCRIPTION OF GOODS | TOTAL GROSS WEIGHT<br>KGS (POUNDS) | TOTAL MEASUREMENT<br>CBM (CFT) |
|---|---|---|---|---|---|---|
| | | | | =SHIPPER'S LOAD & COUNT= | 10,211.855 | 55.242 |
| TGHU4240604  D4<br>CH8199829<br>10211.855KGS | CY/CY<br>765PK<br>55.242CBM | 765<br>1X40ST | | PACKAGES IN TOTAL<br>CONTAINER(S) SAID TO CONTAIN:<br>320 CARTON<br>LADIES' 96% COTTON 4% SPANDEX<br>KNITTED PANTS<br>CPO#5100681107<br>STYLE#4019954<br>QTY:7991 PCS/320 CTNS<br>4691.4 KGS<br>25.379 CBM<br>30 CARTON<br>LADIES' 96% COTTON 4% SPANDEX<br>KNITTED PANTS<br>CPO#5100681111 | | |

FROM:
TO:
SHIP TO
POSTAL CODE
CARRIER
CAC:
SHIPMENT
NUMBER:
QUANTITY
DNBR#:
ITEMNBR#:

=FREIGHT COLLECT=
CY/CY

* SEE ATTACHED RIDER *        * SEE ATTACHED RIDER *

TOTAL NO. OF PACKAGES (IN WORDS): 1X40ST CONTAINER(S) ONLY

| FREIGHT AND CHARGES | RATED AS | RATE | | PER | PREPAID | | COLLECT | LADEN ON BOARD THE VESSEL |
|---|---|---|---|---|---|---|---|---|
| GEN13201.8 | | FREIGHT COLLECT | | AS | ARRANGED | | | |
| OTH | 1.000 | HKD | 2855.00 | 40 | HKD | 2855.00 | | |
| DLF | 1.000 | HKD | 45.00 | BX | HKD | 45.00 | | Date 06Jan2014 |
| DHF | 1.000 | HKD | 450.00 | BL | HKD | 450.00 | | BY |
| CF | 1.000 | USD | 40.00 | BL | USD | 40.00 | | PLACE OF B(s)/L ISSUE<br>HONGKONG, CN |

NO OF ORIGINAL B(s)/L SIGNED: THREE (3)
DATE OF B(s)/L ISSUE: 06Jan2014

| TOTAL | HKD | 3350.00 |
|---|---|---|
| | USD | 40.00 |
| AT | CNHKG | |

BILL OF LADING NO.: HJSCHKG3G7308500

VSL CALL SIGN: VRFX5 / /
CCN: 9525HKG3G7308500

EXEC. RATE: 1 USD = 7.8 HKD
TOTAL: 3,662.000 HKD

3/F, Fook Cheong Building, 63 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong
Tel: 852 - 2152 6000
Fax: 852 - 2151 1155

# Invoice

| | | | | |
|---|---|---|---|---|
| Invoice of | Ladies Bottom | | Invoice No. | : S140034 |
| Shipped Per | COSCO JAPAN V.0032E    Ship Mode    By Sea | | Invoice Date | : 14-Jan-2014 |
| From | Hong Kong | | Act. Ship Date | : 06-Jan-2014 |
| To | USA | | | |
| for Account & Risk of Messers | Coldwater Creek Merchandising & Logistics Inc | | | |
| | One Coldwater Creek Drive, Sandpoint, ID 83864, USA | | | |

| Marks and number | Description | Quantity | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| | | | FOB Hong Kong | |
| FROM | Customer PO No. : 5100670398 | | | |
| SHIP TO POSTAL CODE | Ladies' 73% Cotton 27% Elasterell-P Woven Denim Jean | | | |
| CARRIER | Style No : 4021089 | | | |
| SCAC : | 6 Cartons    Quantity : | 140 PCS | 13.15 | 1,841.00 |
| SHIPMENT NUMBER : | | | | |
| QUANTITY | Customer PO No. : 5100670398 | | | |
| PONBR# : | Ladies' 73% Cotton 27% Elasterell-P Woven Denim Jean | | | |
| ITEMNBR : | Style No : 4021089 | | | |
| PREPACK : | 5 Cartons    Quantity : | 69 PCS | 13.15 | 907.35 |
| TICKETED : | | | | |
| SSCC | | | | |
| | Customer PO No. : 5100670398 | | | |
| | Ladies' 73% Cotton 27% Elasterell-P Woven Denim Jean | | | |
| | Style No : 4021089 | | | |
| | 4 Cartons    Quantity : | 51 PCS | 14.86 | 757.86 |
| | | | | |
| | Customer PO No. : 5100670398 | | | |
| | Ladies' 73% Cotton 27% Elasterell-P Woven Denim Jean | | | |
| | Style No : 4021089 | | | |
| | 4 Cartons    Quantity : | 55 PCS | 13.15 | 723.25 |
| | Total:    19 Cartons    Quantity: | 315 PCS | | 4,229.46 |

PON 20778

Total: SAY USD FOUR THOUSAND TWO HUNDRED TWENTY NINE AND FORTY SIX CENTS ONLY

Due Date:    17-Feb-2014
Payment Term:    Open account 45 days after Cargo Receipt Date by T/T
Bank:    JPMorgan Chase Bank, New York
         349 5th Avenue, New York, NY10018 (For A/C Wells Fargo Century)
Account No:    003-002-330 (ABA#021000021)
Swift Code:    CHASUS33XXX

Remarks :
B/L No:HJSCHKG3G7207400
Cargo Receive Date:JAN 3 2014

# DELTA GARMENT FACTORY (SHANTOU) CO LTD

3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE, JINPING DISTRICT, SHANTOU CITY, CHINA.

## PACKING SLIP
T140002

| FROM | | TO: |
|---|---|---|
| COMPANY: DELTA GARMENT FACTORY (SHANTOU) CO LTD | | COLDWATER CREEK PARKERSBURG |
| ADDRESS: 3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE | | 601 COLDWATER CREEK DRIVE |
| JINPING DISTRICT, SHANTOU CITY, CHINA | | MINERAL WELLS, WV 26120 USA |
| PHONE: (886)0754 - 82550028 | | |
| SHIP METHOD: Ocean | | PO#: 5100670398 |
| SHIP DATE: 2-Jan-14 | | TOTAL CARTONS IN PO: 6 CTNS |
| TRUCK LINE PRO#: | | MEAS: 61X38X29CM |
| INVOICE: T140002 | | 61X38X15 CM |

| Box# | CWC Item# | COLOR | 6 | 8 | 10 | 12 | 14 | 16 | PCS /CTN | CTNS | TTL QTY (PCS) | G.W. (KGS) | N.W. (KGS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4021089 | DEEP COVE WASH | 10 | | | | | | 10 | 1 | 10 | 6.00 | 5.00 |
| 2 | 2 | 4021089 | DEEP COVE WASH | | 14 | | | | | 14 | 1 | 14 | 8.20 | 7.20 |
| 3 | 3 | 4021089 | DEEP COVE WASH | | | 25 | | | | 25 | 1 | 25 | 14.60 | 13.30 |
| 4 | 4 | 4021089 | DEEP COVE WASH | | | | 30 | | | 30 | 1 | 30 | 17.50 | 16.20 |
| 5 | 5 | 4021089 | DEEP COVE WASH | | | | | 30 | | 30 | 1 | 30 | 17.90 | 16.60 |
| 6 | 6 | 4021089 | DEEP COVE WASH | | | | | | 31 | 31 | 1 | 31 | 19.20 | 17.90 |
| Quantity Totals | | | 10 | 14 | 25 | 30 | 30 | 31 | | 6 | 140 | 83.40 | 76.20 |

Note: table has Box#, CWC Item#, COLOR columns, then sizes 6, 8, 10, 12, 14, 16 — values above are aligned accordingly.

# DELTA GARMENT FACTORY (SHANTOU) CO LTD

3-5TH FLOOR, NO 2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE, JINPING DISTRICT, SHANTOU CITY, CHINA.

## PACKING SLIP
T140002

| FROM | TO: |
|---|---|
| COMPANY: DELTA GARMENT FACTORY (SHANTOU) CO LTD | COLDWATER CREEK PARKERSBURG |
| ADDRESS: 3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE | 601 COLDWATER CREEK DRIVE |
| JINPING DISTRICT, SHANTOU CITY, CHINA | MINERAL WELLS, WV 26120 USA |
| PHONE: (886)0754 - 82550028 | |
| SHIP METHOD: Ocean | PO#: 5100670398 |
| SHIP DATE: 2-Jan-14 | TOTAL CARTONS IN PO: 5 CTNS |
| TRUCK LINE PRO#: | MEAS: 61X38X29CM |
| INVOICE: T140002 | 61X38X15 CM |

| Box# | CWC Item# | COLOR | P4 | P10 | P12 | P14 | P16 | | | PCS /CTN | CTNS | TTL QTY (PCS) | G.W. (KGS) | N.W. (KGS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 7 | 4021089 | DEEP COVE WASH | 12 | | | | | | | 12 | 1 | 12 | 6.40 | 5.40 |
| 8 | 8 | 4021089 | DEEP COVE WASH | | 13 | | | | | | 13 | 1 | 13 | 7.40 | 6.40 |
| 9 | 9 | 4021089 | DEEP COVE WASH | | | 16 | | | | | 16 | 1 | 16 | 9.90 | 8.60 |
| 10 | 10 | 4021089 | DEEP COVE WASH | | | | 15 | | | | 15 | 1 | 15 | 8.90 | 7.90 |
| 11 | 11 | 4021089 | DEEP COVE WASH | | | | | 13 | | | 13 | 1 | 13 | 8.00 | 7.00 |
| Quantity Totals | | | 12 | 13 | 16 | 15 | 13 | | | | 5 | 69 | 40.60 | 35.30 |

[Stamp: 庆炯制衣 (汕头)有限公司 / DELTA GARMENT FACTORY (SHANTOU) CO LTD]

# DELTA GARMENT FACTORY (SHANTOU) CO LTD

3-5TH FLOOR, NO 2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE, JINPING DISTRICT, SHANTOU CITY, CHINA.

## PACKING SLIP
T140002

**FROM**

COMPANY: DELTA GARMENT FACTORY (SHANTOU) CO LTD

ADDRESS: 3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE

JINPING DISTRICT, SHANTOU CITY, CHINA

PHONE: (886)0754 - 82550028

SHIP METHOD: Ocean

SHIP DATE: 2-Jan-14

TRUCK LINE PRO#:

INVOICE: T140002

**TO:**

COLDWATER CREEK PARKERSBURG

601 COLDWATER CREEK DRIVE

MINERAL WELLS, WV 26120 USA

PO#: 5100670398

TOTAL CARTONS IN PO: 4 CTNS

MEAS: 61X38X29CM

61X38X15 CM

| Box# | CWC Item# | COLOR | Insert Sizes (if applicable) and Quantities | | | | | | | PCS /CTN | CTNS | TTL QTY (PCS) | G.W. (KGS) | N.W. (KGS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W18 | W20 | W22 | | | | | | | | | |
| 12 | 12 | 4021089 | DEEP COVE WASH | 26 | | | | | | | 26 | 1 | 26 | 17.00 | 15.70 |
| 13 | 13 | 4021089 | DEEP COVE WASH | 4 | | | | | | | 4 | 1 | 4 | 3.40 | 2.40 |
| 14 | 14 | 4021089 | DEEP COVE WASH | | 11 | | | | | | 11 | 1 | 11 | 8.10 | 7.10 |
| 15 | 15 | 4021089 | DEEP COVE WASH | | | 10 | | | | | 10 | 1 | 10 | 7.60 | 6.60 |
| | | | | | | | | | | | | | | |
| Quantity Totals | | | 30 | 11 | 10 | | | | | | 4 | 51 | 36.10 | 31.80 |

# DELTA GARMENT FACTORY (SHANTOU) CO LTD

3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE, JINPING DISTRICT, SHANTOU CITY, CHINA

## PACKING SLIP
T140002

**FROM** | **TO:**

COMPANY: DELTA GARMENT FACTORY (SHANTOU) CO LTD | COLDWATER CREEK PARKERSBURG

ADDRESS: 3-5TH FLOOR, NO.2 YANHE ROAD, SHENGPING INDUSTRIAL ESTATE | 601 COLDWATER CREEK DRIVE

JINPING DISTRICT, SHANTOU CITY, CHINA | MINERAL WELLS, WV 26120 USA

PHONE: (886)0754 - 82550028

SHIP METHOD: Ocean | PO#: 5100670398

SHIP DATE: 2-Jan-14 | TOTAL CARTONS IN PO: 4 CTNS

TRUCK LINE PRO#: | MEAS: 61X38X29CM

INVOICE: T140002 | 61X38X15 CM

| Box# | CWC Item# | COLOR | L10 | L12 | L14 | L16 | | | PCS /CTN | CTNS | TTL QTY (PCS) | G.W. (KGS) | N.W. (KGS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 16 | 4021089 | DEEP COVE WASH | 11 | | | | | | 11 | 1 | 11 | 7.10 | 6.10 |
| 17 | 17 | 4021089 | DEEP COVE WASH | | 14 | | | | | 14 | 1 | 14 | 9.00 | 8.00 |
| 18 | 18 | 4021089 | DEEP COVE WASH | | | 14 | | | | 14 | 1 | 14 | 9.20 | 8.20 |
| 19 | 19 | 4021089 | DEEP COVE WASH | | | | 16 | | | 16 | 1 | 16 | 11.00 | 9.70 |
| Quantity Totals | | | 11 | 14 | 14 | 16 | | | | | 4 | | | 32.00 |

Insert Sizes (if applicable) and Quantities