# EXHIBIT 4

| | |
|---|---|
| SHIPPER<br>DELTA GLOBAL SOURCING LTD<br>5/F FOOK CHEONG BUILDING,<br>63 HOI YUEN ROAD, KWON TONG<br>HONG KONG | **FORWARDER'S CARGO RECEIPT**<br>RECEIPT NO. HKG2468851   (01)<br>PORT AND COUNTRY OF ORIGIN: Hong Kong<br>DATE OF RECEIPT OF CARGO: 13 FEB., 2014<br>THIS IS NOT A DOCUMENT OF TITLE |
| CONSIGNEE<br>TO ORDER OF SHIPPER | **DAMCO**<br>**DAMCO HONG KONG LIMITED**<br>17, 19 & 39/F, One Kowloon, 1 Wang Yuen Street, Kowloon Bay, HongKong<br>PHONE: +852 3765 4300   FAX: +852 2972 0679 |
| NOTIFY PARTY<br>DAMCO CUSTOMS SERVICES INC<br>23079 INTERNATIONAL AIRPORT CENTER B<br>LVD STE 210<br>SPRINGFIELD GARDENS, NY 11413<br>UNITED STATES | This forwarder's cargo receipt is to be issued upon presentation of the corresponding dock receipt. This document is issued only to aid the shipper in seeking negotiation on the relevant letter of credit. This documents does not grant any title to the goods described.<br><br>Cargo will be containerized and shipped under ocean Bill(s) of Lading, to be issued by the carrier, and subject to the terms and conditions thereof. Goods are received subject to delay or the carrier's inability to carry due to any reason whatsoever. Damco is acting as agent only.<br>D/R NO.<br>EXPORT LICENCE NO. |

| VESSEL & VOYAGE (intended)<br>HAN/BERLIN 0125E | SAILING DATE<br>22 FEB., 2014 | | |
|---|---|---|---|
| PLACE OF RECEIPT<br>Hong Kong | PORT OF LOADING<br>Hong Kong | PORT OF DISCHARGE<br>Long Beach | PLACE OF DELIVERY<br>Mineral Wells |

| MARKS & NUMBERS | NUMBER AND KIND OF PACKAGES | DESCRIPTION OF GOODS | GROSS WEIGHT Kgs: | MEASUREMENT Cbm: |
|---|---|---|---|---|
| | | *** AS PER ATTACHMENT *** | | |
| | **Total: 459 CARTONS**<br>TOTAL: FOUR HUNDRED FIFTY NINE CARTONS ONLY<br>FREIGHT COLLECT | | 6548.830 | 32.240 |

| IN ACCORDANCE WITH INSTRUCTIONS FROM THE BUYER WE HAVE RECEIVED THE FOLLOWING DOCUMENTS ON: | 17 FEB., 2014 | | RECEIVED THE GOODS DESCRIBED ABOVE, IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE NOTED. THE GOODS ARE TO BE DELIVERED TO THE CONSIGNEE AT THE PLACE OF DELIVERY AND THE CONSIGNEE NEED NOT SURRENDER ANY ORIGINAL OF THE FORWARDER'S CARGO RECEIPT WHEN THEY TAKE CARGO DELIVERY. THE CONSIGNEE HAS THE IRREVOCABLE RIGHT TO DISPOSE OF THE GOODS ONCE THE GOODS ARE RECEIVED BY DAMCO FROM THE SHIPPER.<br>IN WITNESS WHEREOF ( THREE   3 ) FORWARDER'S CARGO RECEIPT(S) ALL OF THIS DATE HAVE BEEN ISSUED. ALL TRANSACTIONS ARE SUBJECT TO DAMCO'S STANDARD TRADING CONDITIONS, AVAILABLE ON WWW.DAMCO.COM OR ON REQUEST. |
|---|---|---|---|
| | ORIGINAL | COPY | |
| 1. COMMERCIAL INVOICE | 0 | 1 | |
| 2. PACKING LIST | 0 | 1 | |
| | | | FOR<br>**DAMCO HONG KONG LIMITED**<br>*[signature]*<br>AUTHORIZED SIGNATURE |
| The above documents plus Bill of Lading will be dispatched to consignee or other designated parties. | | | DATE: 27 FEB., 2014 |

**ORIGINAL**

```
tachment No.:    1                      ***  DAMCO HONG KONG              ***
                                        ***  FORWARDER'S CARGO RECEIPT    ***

ceipt No.:   HKG2468851      (01)
ssel:        HANJIN BERLIN        0125E
ace of Delivery: Mineral Wells
```

| rks & Nos.: | Packages: | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| ROM:<br>):<br>IP TO<br>STAL CODE<br>RRIER<br>AC:<br>IPMENT<br>MBER:<br>ANTITY:<br>NBR#:<br>EMNBR#:<br>EF  (:<br>I(   ED<br>CU | 6 CARTONS | Ladies' 96% cotton 4% spandex knitted pants<br><br>PO#5100681109<br>STYEL#4019954<br>QTY#2955PCS/121CTNS | 86.234 | 0.427 |
| | 7 CARTONS | | 100.605 | 0.502 |
| | 6 CARTONS | | 86.233 | 0.430 |
| | 8 CARTONS | | 114.977 | 0.573 |
| | 7 CARTONS | | 100.605 | 0.502 |
| | 10 CARTONS | | 143.721 | 0.717 |
| | 11 CARTONS | | 158.094 | 0.788 |
| | 11 CARTONS | | 158.094 | 0.788 |
| | 11 CARTONS | | 158.094 | 0.788 |
| | 10 CARTONS | | 143.721 | 0.717 |
| | 10 CARTONS | | 143.721 | 0.717 |
| | 7 CARTONS | | 100.605 | 0.502 |
| | 10 CARTONS | | 143.721 | 0.717 |
| | 7 CARTONS | | 100.605 | 0.502 |
| ROM:<br>O:<br>HIP TO<br>OSTAL CODE<br>ARRIER<br>CAC:<br>HIPMENT<br>UMBER:<br>UANTITY:<br>ONBR#: | 1 CARTONS | Ladies' 96% cotton 4% spandex knitted pants<br><br>PO#5100681113<br>STYLE#4019954<br>QTY:506PCS/28CTNS | 11.011 | 0.059 |

ORIGINAL

```
                                           ***   DAMCO HONG KONG                        ***
:tachment No.:      2                      ***   FORWARDER'S CARGO RECEIPT              ***

eceipt No.:    HKG2468851      (01)
essel:         HANJIN BERLIN         0125E
.ace of Delivery: Mineral Wells
```

| arks & Nos.: | Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|---|
| EMNBR#: | | | | | |
| REPACK: | | | | | |
| CKETED | | | | | |
| GCC | | | | | |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 2 | CARTONS | | 22.021 | 0.126 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 1 | CARTONS | | 11.011 | 0.063 |
| | 6 | CARTONS | Ladies' 73% cotton 27% elasterell-p woven denim jeans. | 92.176 | 0.440 |

```
ROM:                                  PO#5100671336
O:                                    STYLE#4016696
HIP TO                                QTY:6098PCS/231CTNS
OSTAL CODE
ARRIER
CAC:
HIPMENT
UMBER:
UANTITY:
ONBR#:
```

ORIGINAL

| tachment No.: | 3 | | *** | DAMCO HONG KONG | | *** |
| --- | --- | --- | --- | --- | --- | --- |
| | | | *** | FORWARDER'S CARGO RECEIPT | | *** |

Receipt No.: HKG2468851  (01)
Vessel: HANJIN BERLIN  0125E
Place of Delivery: Mineral Wells

| Marks & Nos.: | Packages: | Description: | Kgs: | Cbm: |
| --- | --- | --- | --- | --- |
| ITEMNBR#: | | | | |
| REPACK: | | | | |
| TICKETED | | | | |
| BCC | | | | |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 7  CARTONS | | 107.539 | 0.504 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 9  CARTONS | | 138.265 | 0.648 |
| | 7  CARTONS | | 107.539 | 0.504 |
| | 13  CARTONS | | 199.716 | 0.936 |
| | 8  CARTONS | | 122.902 | 0.576 |
| | 14  CARTONS | | 215.079 | 1.008 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 12  CARTONS | | 184.353 | 0.864 |
| | 4  CARTONS | | 61.451 | 0.288 |
| | 10  CARTONS | | 153.628 | 0.720 |
| | 3  CARTONS | | 46.088 | 0.216 |
| | 4  CARTONS | | 61.451 | 0.288 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 7  CARTONS | | 107.539 | 0.504 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 10  CARTONS | | 153.628 | 0.720 |
| | 7  CARTONS | | 107.539 | 0.504 |
| | 13  CARTONS | | 199.716 | 0.936 |
| | 8  CARTONS | | 122.902 | 0.576 |
| | 14  CARTONS | | 215.079 | 1.008 |
| | 6  CARTONS | | 92.177 | 0.432 |
| | 12  CARTONS | | 184.353 | 0.864 |

ORIGINAL

```
:tachment No.:      4                   ***   DAMCO HONG KONG                      ***
                                        ***   FORWARDER'S CARGO RECEIPT            ***
:ceipt No.:     HKG2468851      (01)
:ssel:          HANJIN BERLIN           0125E
.ace of Delivery: Mineral Wells
```

| :rks & Nos.: | Packages: | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| | 4 CARTONS | | 61.451 | 0.288 |
| | 10 CARTONS | | 153.628 | 0.720 |
| | 3 CARTONS | | 46.088 | 0.216 |
| | 4 CARTONS | | 61.451 | 0.288 |
| :OM: | 2 CARTONS | Ladies' 73% cotton 27% elasterell-p woven denim jeans | 24.760 | 0.140 |
| ):  |  |  |  |  |
| IIP TO |  | PO#5100671345 |  |  |
| )ST   CODE |  | STYLE#4016696 |  |  |
| ป  _R |  | QTY:901PCS/42CTNS |  |  |
| :AC: |  |  |  |  |
| IPMENT |  |  |  |  |
| IMBER: |  |  |  |  |
| JANTITY: |  |  |  |  |
| )NBR#: |  |  |  |  |
| :EMNBR#: |  |  |  |  |
| :EPACK: |  |  |  |  |
| :CKETED |  |  |  |  |
| ;CC |  |  |  |  |
| | 1 CARTONS | | 12.381 | 0.067 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 3 CARTONS | | 37.143 | 0.201 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 3 CARTONS | | 37.143 | 0.201 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 1 CARTONS | | 12.381 | 0.067 |
| | 3 CARTONS | | 37.143 | 0.201 |
| | 1 CARTONS | | 12.381 | 0.067 |
| | 1 CARTONS | | 12.381 | 0.067 |

ORIGINAL

```
tachment No.:     5                    ***   DAMCO HONG KONG               ***
                                       ***   FORWARDER'S CARGO RECEIPT     ***
ceipt No.:    HKG2468851     (01)
ssel:         HANJIN BERLIN            0125E
ace of Delivery: Mineral Wells
```

| rks & Nos.: | Packages: | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| | 1 CARTONS | | 12.381 | 0.067 |
| | 1 CARTONS | | 12.381 | 0.067 |
| | 1 CARTONS | | 12.381 | 0.067 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | | 24.762 | 0.134 |
| | 2 CARTONS | Ladies' 73% cotton 27% elasterell-p woven denim jeans. PO#5100671343 STYLE#4016696 QTY:745PCS/37CTNS | 23.386 | 0.121 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 3 CARTONS | | 35.084 | 0.191 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 3 CARTONS | | 35.084 | 0.191 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 2 CARTONS | | 23.389 | 0.127 |
| | 1 CARTONS | | 11.695 | 0.064 |

```
OM:
):
IP TO
STAL CODE
RRIER
AC:
IPMENT
MBER:
ANTITY:
NBR#:
EMNBR#:
EPACK:
CKETED
CC
```

ORIGINAL

```
ttachment No.:      6                    ***    DAMCO HONG KONG                    ***
                                         ***    FORWARDER'S CARGO RECEIPT          ***
eceipt No.:    HKG2468851       (01)
essel:         HANJIN BERLIN           0125E
lace of Delivery: Mineral Wells
```

| arks & Nos.: | Packages: | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| | 2 CARTONS | | 23.389 | 0.127 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| | 1 CARTONS | | 11.695 | 0.064 |
| ** Total: | 459 CARTONS | | 6548.830 | 32.240 |

```
---***   END   OF   FCR   ***---
```

**ORIGINAL**