# CERTIFICATE OF SERVICE

I, Chadd P. Fitzgerald, certify that I am not less than 18 years of age, and that on October 24, 2018, a copy of the foregoing document was electronically filed by CM/ECF, and I caused copies to be served upon the following parties in the manner indicated.

**VIA HAND DELIVERY**
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**VIA U.S. MAIL**
James S. Carr, Esquire
Dana P. Kane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 24, 2018            /s/ Chadd P. Fitzgerald
                                   Chadd P. Fitzgerald